The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCOS GONZALEZ SILVA, | Case No. 2:20-cv-1443 RSM |
| Plaintiff, | |
| v. | |
| KENNETH T. CUCCINELLI, Director of United States Citizenship & Immigration Services; CHAD F. WOLF, Secretary of United States Department of Homeland Security; CYNTHIA MUNITA, Director of United States Citizenship & Immigration Services, | STIPULATED MOTION

Noted on Motion Calendar:
November 30, 2020 |
| Defendants. | |

Plaintiff brought this mandamus action seeking for an order compelling United States Citizenship and Immigration Service ("USCIS") to adjudicate Plaintiff's I-485 Application to Adjust Status without delay. On November 19, 2020, USCIS interviewed Plaintiff and the results of that interview are anticipated to impact how Plaintiff may wish to proceed in this litigation. Additionally, the Parties disagree as to whether service has been properly effected at this time. In order to avoid burdening the Court with unnecessary motions practice, and without waiver of any argument, the Parties agree that there is good cause and jointly propose to provide this Court with an update as to the status of this matter within 60 days.

STIPULATED MOTION
2:20-cv-1443 RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED: November 30, 2020

Respectfully submitted,

*s/Alexandra Lozano*
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

*Attorney for Plaintiff*

DATED: November 30, 2020

BRIAN T. MORAN
United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-4358
Fax:  206-553-4067
Email:  katie.fairchild@usdoj.gov

*Attorney for Defendants*

STIPULATED MOTION
2:20-cv-1443 RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

IT IS ORDERED that the Parties file a status report within 60 days.

Dated this 2nd day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
2:20-cv-1443 RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970