The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCOS GONZALEZ SILVA,<br><br>                Plaintiff,<br><br>     v.<br><br>KENNETH T. CUCCINELLI, Director of United States Citizenship & Immigration Services; CHAD F. WOLF, Secretary of United States Department of Homeland Security; CYNTHIA MUNITA, Director of United States Citizenship & Immigration Services,<br><br>                Defendants. | Case No. 2:20-cv-1443 RSM<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>Noted on Motion Calendar:<br>January 29, 2021 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marcos Gonzalez Silva and all Defendants jointly stipulate to dismiss this mandamus action, without attorney's fees or costs to any party. On January 21, 2021, United States Citizenship and Immigration Services ("USCIS") issued final adjudications of Plaintiff's I-485 Application for Adjustment of Status and I-601 Application for Waiver of Grounds of Inadmissibility. Thus, the matters for which Plaintiff sought mandamus relief have been resolved.

STIPULATED MOTION
2:20-cv-1443 RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Plaintiff and Defendants therefore stipulate to dismiss this action.  All parties shall bear their own attorney's fees and costs.

DATED:  January 29, 2021

    Respectfully submitted,

    *s/ Alexandra Lozano*
    ALEXANDRA LOZANO, WSBA #40478
    Alexandra Lozano Immigration Law
    16400 Southcenter Pkwy., Suite 410
    Tukwila, WA 98188
    Phone: 206-406-3068
    Fax: 206-494-7775
    Email: Alexandra@abogadaalexandra.com

    *Attorney for Plaintiff*

DATED: January 29, 2021

    BRIAN T. MORAN
    United States Attorney

    *s/ Katie D. Fairchild*
    KATIE D. FAIRCHILD, WSBA #47712
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington  98101-1271
    Phone:  206-553-4358
    Fax:  206-553-4067
    Email:  katie.fairchild@usdoj.gov

    *Attorney for Defendants*

STIPULATED MOTION
2:20-cv-1443 RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Dismissal is GRANTED.

Dated this 2nd day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
2:20-cv-1443 RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970